UNITED STATES BANKRUPTCY
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: Case No. 19-05117 | ) |
| | ) |
| FRANK M. RANOLA, | ) |
| Debtor, | ) |
| | ) BK No. 19-05117 |
| THE ILLINOIS DEPARTMENT OF | ) |
| EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 19-00735 |
| Plaintiff, | ) |
| v. | ) |
| FRANK M. RANOLA, | ) Honorable Pamela S. Hollis |
| Defendant. | ) |

## AGREED ORDER

On the agreement of the parties in the above matter, to the entry of an agreed order on the adversary complaint in the above matter,

IT IS HEREBY ORDERED THAT:

1. Defendant, FRANK M. RANOLA is indebted to plaintiff, Illinois Department of Employment Security, in the sum of $3,510.83.

2. This debt is non-dischargeable within the meaning of 11 U.S.C.A. '523(a)(2)(A).

Approved: *Frank M Ranola*
Frank M. Ranola
Defendant

*Jakub Piechnik*
Jakub Piechnik
Assistant Attorney General

Judge Pamela S. Hollis
United States Bankruptcy Judge

ENTER: *Pamela Hollis*

DATED: JUL 1 2 2019